DEMOCRATIC PARTY OF NEW JERSEY, INC. v. JACK COLLINS.

November 10, 1987.

Certification to Superior Court, Law Division, granted.

IN THE MATTER OF ADVISORY COMMITTEE ON
PROFESSIONAL ETHICS OPINION NUMBER 562.

November 16, 1987.

This matter having come before the Court on petitions for review of Opinion Number 562 of the Advisory Committee on Professional Ethics,

And the Court having remanded the matter to a special master for the development of a "record adequate for judicial review,"

And the appellants having elected not to prosecute this matter further,

And good cause otherwise appearing;

It is ORDERED that the within appeals are hereby dismissed.